FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 28 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. IC 3217 mV |
| ) | |
| vs. ) | Count 1 to 4:  18 U.S.C. §§ 1153, 2241(c), |
| ) | and 2246(2)(C):  Aggravated Sexual |
| BENEDICT ANTHONY SENA, ) | Abuse. |
| a.k.a. "Benny," ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

INDICTMENT

The Grand Jury charges:

Count 1

Between on or about January 1, 2016 and on or about February 15, 2016, in Indian Country, in Cibola County, in the District of New Mexico, the defendant, **BENEDICT ANTHONY SENA, a.k.a "Benny,"** an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe 1, a child who had not then attained the age of twelve (12) years, and the sexual act consisted of penetration, however slight, of the genital opening of Jane Doe 1 by a hand and finger of the defendant, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(C).

<u>Count 2</u>

Between on or about January 1, 2016 and on or about February 15, 2016, in Indian Country, in Cibola County, in the District of New Mexico, the defendant, **BENEDICT ANTHONY SENA, a.k.a "Benny,"** an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe 1, a child who had not then attained the age of twelve (12) years, and the sexual act consisted of penetration, however slight, of the genital opening of Jane Doe 1 by a hand and finger of the defendant, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person, and the sexual act was separate and distinct from the sexual act contained in Count 1.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(C).

<u>Count 3</u>

Between on or about January 1, 2016 and on or about February 15, 2016, in Indian Country, in Cibola County, in the District of New Mexico, the defendant, **BENEDICT ANTHONY SENA, a.k.a "Benny,"** an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe 2, a child who had not then attained the age of twelve (12) years, and the sexual act consisted of penetration, however slight, of the genital opening of Jane Doe 2 by a hand and finger of the defendant, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(C).

<u>Count 4</u>

Between on or about January 1, 2016 and on or about February 15, 2016, in Indian Country, in Cibola County, in the District of New Mexico, the defendant, **BENEDICT ANTHONY SENA, a.k.a "Benny,"** an Indian, unlawfully and knowingly engaged in and

attempted to engage in a sexual act with Jane Doe 2, a child who had not then attained the age of twelve (12) years, and the sexual act consisted of penetration, however slight, of the genital opening of Jane Doe 2 by a hand and finger of the defendant, with the intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person and the sexual act was separate and distinct from the sexual act contained in Count 3.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(C).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

7/19/16  2:29pm